AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

      v.                          **CRIMINAL COMPLAINT**

**JADON PRYOR**
**DOB: x/xx/xx**
**PDID: xxx-xxx**

                                                        **CASE NUMBER:**

**(Name and Address of Defendant)**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>May 27, 2008</u>, in the District of <u>COLUMBIA</u> defendant(s) did,

(Track Statutory Language of Offense)

**unlawfully, knowingly, and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug controlled substance.**

in violation of Title   <u>21</u>   United States Code, Section(s)   <u>841(a)(1)</u>  .

I further state that I am **OFFICER ROBERT ELLIOTT**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

**Continued on the attached sheet and made a part hereof:**     ☒ Yes   ☐ No

 

**Signature of Complainant**
**OFFICER ROBERT ELLIOTT**
**MPD-NARCOTICS SPECIAL**
**INVESTIGATIONS DIVISION**

**Sworn to before me and subscribed in my presence,**

_____        at        **Washington, D.C.**_____
**Date**                                                                     **City and State**

_____                       _____
**Name & Title of Judicial Officer**                               **Signature of Judicial Officer**

**STATEMENT OF FACTS**

      On May 27, 2008, officers of the Metropolitan Police Department made a traffic stop in the 1200 block of Congress Street, S.E., Washington, D.C., for window tint violation and license plate cover obstructing the state identification. Defendant Jadon Pryor was asked by officers to produce the vehicle registration and a driver's license and it was determined that the vehicle was owned by the defendant. The officers asked the defendant if they could search the vehicle and the defendant gave permission. A search of the vehicle revealed numerous empty ziplocks and six plastic bags containing a white rock-like substance inside the vehicle. The defendant was placed under arrest and searched. The officers recovered a plastic bag containing a white rock-like substance along with approximately $43 in United States Currency in the defendant's pant pocket. The white rock-like substance appeared to be crack cocaine. A portion of the white rock-like substance field tested positive for cocaine base. The approximate weight of the suspected crack cocaine was over 80 grams which is an amount commonly indicating that the suspected crack cocaine was going to be sold to others rather than used exclusively by the defendant.

                                               OFFICER ROBERT ELLIOTT
                                               MPD-NARCOTICS SPECIAL INVESTIGATIONS DIVISION

SWORN AND SUBSCRIBED BEFORE ME ON THIS ____ DAY OF MAY, 2008.

                                               U.S. MAGISTRATE JUDGE