**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on November 15, 2007**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **MAGISTRATE NO. 08-0348M(CR)** |
| | : | |
| **JADON PRYOR,** | : | **VIOLATION:** |
| | : | **21 U.S.C.§ 841(a)(1) and § 841(b)(1)(A)(iii)** |
| **Defendant.** | : | **(Unlawful Possession with Intent to** |
| | : | **Distribute 50 Grams or More of Cocaine** |
| | : | **Base)** |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about May 27, 2008, within the District of Columbia, **JADON  PRYOR** did

unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance

containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug

controlled substance, and the amount of said mixture and substance was 50 grams or more.

   (**Unlawful Possession with Intent to Distribute 50 Grams or More of Cocaine Base**, in
   violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.