UNITED STATES DISTRICT COURT
FOR THE DISCTRICT OF COUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * |
| | * Criminal No.  08-CR-178 |
| JADON PRYOR | * Honorable Judge Collier |
|     Defendant | * |

## MOTION TO SUPPRESS

Defendant, Jadon Pryor, by and through his attorney, Barry M. Johnson, pursuant to the Federal Rules of Criminal Procedure, hereby moves to suppress the following evidence on grounds which shall be more particularly stated in a subsequent Memorandum of Points and Authorities in support thereof.

A. **All physical evidence of the unlawful search of vehicle**

    Resulting from an illegal arrest or search and seizure conducted in violation of the common law of the District of Columbia, the Fourth and Fourteenth Amendments to the U.S. Constitution.

B. **Defendant's statement.**

    That the statement resulted from an illegal arrest and search and seizure conducted in violation of the common law of the

District of Columbia, the Fourth and Fourteenth Amendments to the U.S. Constitution.

That the statement was obtained in violation of (a) the common law of the District of Columbia, (b) due process of laws guaranteed by the Fifth and Fourteenth Amendments of the U.S. Constitution, (c) Defendant's right against self-incrimination guaranteed by the Fifth and Fourteenth Amendments to the U.S. Constitution and (d) Defendant's right to counsel guaranteed by the Sixth and Fourteenth Amendments to the U.S. Constitution.

**WHEREFORE,** the Defendant moves the court to grant its Motion to Suppress.

Respectfully submitted,

**Williams & Johnson, LLC**

**/s/ Barry M. Johnson**
Barry M. Johnson, Esq.
Fed Bar No: MD15119
Attorney for Defendant
PO Box 1578
Bowie, MD 20717
301-343-1124
202-772-3101 Fax

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on the following this 2nd day of September, 2008, by hand delivery to:

Ms. Emily Miller, A.U.S.A.
555 4th Street, N.W.
Washington, D.C. 20002

**Barry M. Johnson**
**Barry M. Johnson**